CHARLES WETHERILL,

v.

AZRO STONE, *Sheriff*, *&c.*, *et al.*

Robert C. Nichols and J. Francis Tourtelotte, defendants, obtained separate judgments against David M. Kenney, in the fall of 1859, in the District Court of Blue Earth County, and in the same fall docketed both judgments in Nicollet County. In March, 1866, leave was obtained of the Court to issue executions, and on the 29th of October of that year, they were issued and delivered to defendant Stone, sheriff of Nicollet County. After the judgments were docketed in Nicollet County, the plaintiff purchased land upon which the judgment liens had attached. He brings this suit to quiet his title, and asks for judgment declaring that the liens expired under the act of 1862, because executions were not issued within five years after judgments were docketed. (*Sess. L. of* 1862, *p.* 82.) This cause was heard upon the facts alleged in the complaint and answer, and upon such hearing the court below made an order dismissing the action, and plaintiff appeals to this Court.

E. ST. JULIEN COX, for Appellant.

FRANKLIN H. WAITE, for Respondent.

*By the Court.*—WILSON, CH. J. All the questions raised in this case are passed upon in case of *Burwell vs. Tullis et al.* The order appealed from is reversed and case remanded.